**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RONALD FULLER,**

        **Plaintiff,**

    **v.**

**LAKESHORE FINANCIAL, LLC,** *et al.,*

        **Defendants.**

**Case No. 2:18-cv-1722**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On September 29, 2019, the United States Magistrate Judge issued a *Report and Recommendation* (ECF No. 23) suggesting the Court to **DISMISS without PREJUDICE** Plaintiff's claims against Defendants Eric Williams and Anthony Allen, pursuant to Federal Rule of Civil Procedure 4(m), for failing to make proof of service and to respond the Magistrate Judge's *September 12, 2019 Show Cause Order.* (ECF No. 21.) The Report and Recommendation advised Plaintiff that failure to object within fourteen days would result in a waiver of review by a District Judge. The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation (ECF No. 23) and **DISMISSES without PREJUDICE** Plaintiff's claims against Defendants Eric Williams and Anthony Allen.

    **IT IS SO ORDERED.**

9-16-201\_

**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**