# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Ronald Fuller,

      Plaintiff,

  v.

Lakeshore Financial, LLC, *et al.*,

      Defendants.

Case No. 2:18-cv-1722

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsea M. Vascura

## OPINION & ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Chelsea M. Vascura (ECF No. 36) to whom this matter was referred. No objections have been filed and the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired. Accordingly, the Court **ADOPTS** the Report and Recommendation (ECF No. 36) and thus **GRANTS** Plaintiff's motion for contempt (ECF No. 33). Defendants are in contempt of this Court's August 28, 2020 order (ECF No. 32) because they have not responded to Plaintiff's discovery requests.

As set forth in the Report and Recommendation, a fine of **$100.00 PER DAY** will be imposed on Defendants until they comply with the Court's Order to produce responses to Plaintiff's written discovery. Defendants are ordered to pay **attorney's fees and costs** Plaintiff reasonably incurred in connection with its Motion for Contempt and June 14, 2021 hearing.

The Court notes that the United States Marshal Service ("USMS") has been unable to effectuate personal service on Defendant Joel Williams as Magistrate Judge Vascura directed. USMS represents that it is their opinion that Defendant Williams has actively taken efforts to cloak his whereabouts and avoid being served. USMS also represents that landlords at several

former addresses indicated that Defendant Williams disappeared owing them large sums of money.  The Clerk sent a copy of the Report & Recommendation to LSFinancial17@gmail.com, however.  The Clerk is directed to do the same here.

**IT IS SO ORDERED.**


**9/20/2021**                                             s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**